AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII ELECTRICIANS ANNUITY FUND, by its Trustees, Ronald Yee, Robert Hanamoto, Jody Hanamoto, Tracy Hayashi, Damien T. K. Kim, Peter Akamu; HAWAII ELECTRICIANS HEALTH AND WELFARE FUND, by its Trustees, Ronald Yee, Jody Hanamoto, Rodney Chun, Tracy Hayashi, Peter Akamu, Damien T. K. Kim; HAWAII ELECTRICIANS PENSION FUND, by its Trustees, Ronald Yee, James Yamada, Jr., Jody Hanamoto, Tracy Hayashi, Peter Akamu, Damien T. K. Kim; HAWAII ELECTRICIANS TRAINING FUND, by its Trustees, Daryl Suehiro, Stephen Duarte, Phillip Lucero, Peter Akamu, Damien T. K. Kim, Tracy Hayashi; HAWAII ELECTRICIANS SUPPLEMENTARY UNEMPLOYMENT BENEFITS FUND, by its Trustees, Robert Hanamoto, Jody Hanamoto, Steven Watanabe, Peter Akamu, Damien T. K. Kim, Dennis Kaloi; HAWAII ELECTRICIANS VACATION AND HOLIDAY FUND, by its Trustees, Robert Hanamoto, Jody Hanamoto, Steve Watanabe, Damien T. K. Kim, Peter Akamu, Tracy Hayashi; HAWAII ELECTRICIANS PREPAID LEGAL FUND, by its Trustees, Jody Hanamoto, Steven Tanaka, Rodney Chun, Tracy Hayashi, Dennis Kaloi, Damien T. K. Kim; HAWAII ELECTRICIANS MARKET ENHANCEMENT PROGRAM FUND, by its Trustees, Daryl Suehiro, Stephen Duarte, Robert Hanamoto, Damien T. K. Kim, Robert Aquino, Brian Lee | DEFAULT JUDGMENT IN A CIVIL CASE<br><br>Case: CV 15-00158 SOM-KSC |

        Plaintiff(s),

|  |  |
|---|---|
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| RAINIER ELECTRIC CORPORATION, a Hawaii corporation; SOKAM D. KIM, individually; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10, DOE TRUSTS 1-10<br><br>            Defendant(s). | October 2, 2015<br><br>At 2 o'clock and 58 min p.m.<br>SUE BEITIA, CLERK |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of Trustees of the Hawaii Electricians Annuity Fund, Health and Welfare Fund, Pension Fund, Training Fund, Supplementary Unemployment Benefits Funds, Vacation and Holiday Fund, Prepaid Legal Fund, Market Enhancement Program Fund and against Defendants Rainier Electric Corporation and Sokam D. Kim pursuant to the "Order Adopting Magistrate Judge's Findings and Recommendation" filed on October 2, 2015.  In accordance with the "Magistrate Judge's Findings and Recommendation to Grant Plaintiffs' Motion for Default Judgment Against Defendants Rainier Electric Corporation and Sokam D. Kim", filed on September 15, 2015, default judgment is entered in favor of the plaintiffs for a monetary judgment including contribution amounts, attorneys' fees, and costs, in the amount of $43,346.09.

|  |  |
|---|---|
| October 2, 2015 | SUE BEITIA |
| Date | Clerk |
|  | /s/ Sue Beitia by ET |
|  | (By) Deputy Clerk |